UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| PAULA HALE,<br><br>　　Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>　　Defendant | Case No. 3:23-CV-00700-LJC<br><br>**ORDER FOR EXTENSION OF TIME** |

　　Good cause appearing, IT IS HEREBY ORDERED that the time for the Defendant to file the Answer to Plaintiff's complaint be extended to June 1, 2023.


Dated: April 13, 2023

_____
THE HONORABLE LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE