Daniel Homer SBN 263987
Homeless Action Center
2601 San Pablo Ave
Oakland, CA 94612
Telephone: (510) 695-2260
Facsimile: (510) 858-7867
DHomer@homelessactioncenter.org

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Paula H., | ) CIVIL NO. Case 3:23-cv-00700-LJC |
|           Plaintiff, | ) |
| | ) **Joint Stipulation and Order to Extend** |
|    v. | ) **Time for Plaintiff to file Motion of** |
| | ) **Summary Judgment** |
| Kilolo Kijakazi, Social Security | ) |
| Administration | ) |
|           Defendant. | ) |

_____

It is stipulated by the parties that the Plaintiff shall have an extension of time of 14 days from the original due date to file a Motion for Summary Judgment. This is Plaintiff's first request for an extension of time and an extension of time is needed given Plaintiff counsel's workload, and in order for counsel to adequately prepare Plaintiff's Motion for Summary Judgment.

The original due date for Plaintiff's reply was June 21, 2023. The new due date for Plaintiff's reply will be July 5, 2023. The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully Submitted,      Justin L. Martin, Attorney for Defendant

/s/      /s/ by email June 15, 2023

Daniel Homer, Attorney for Plaintiff

1

2          Proposed ORDER to Extend Time for Plaintiff to File Motion for Summary Judgment

3

4          PURSUANT TO THE ABOVE JOINT STIPULATION, IT IS SO ORDERED that

5   Plaintiff's Motion for Summary Judgment shall be due July 5, 2023, and the Court's Scheduling

6   Order shall be modified accordingly.

7

8

9

10

11   DATE: June 16, 2023          _____

12                                Honorable Lisa J. Cisneros

13                                UNITED STATES MAGISTRATE JUDGE

14                                Northern District California

15

16

17

18

19

20

21

22

23

24

25

26

27

28