ISMAIL J. RAMSEY
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
MICHELLE A. PAVELEK, NV SBN 14609
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
    Telephone:  (510) 970-4862
    Facsimile: (415) 744-0134
    Email:  Michelle A. Pavelek
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| PAULA HALE,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 3:23-cv-00700-LJC<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME** |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant shall have a 45-day extension of time, from July 31, 2023 to September 14, 2023, for Defendant to respond to Plaintiff's Motion for Summary Judgment (Dkt. No. 13).

    This is Defendant's first request for an extension of time.  Good cause exists for this extension due to Defendant's counsel's workload as described below.  Defendant's counsel was

recently assigned this case along with several other cases due in the next few weeks, with ten of those due in in a nine-day period.  Additionally, Defendant's counsel requires time to review the 1,000-page record; evaluate the three main issues and 15 sub-issues raised in Plaintiff's brief; determine whether options exist for settlement; and if not, to prepare Defendant's response to Plaintiff's motion.  Defendant's counsel will endeavor to complete these tasks as soon as possible.  This request is made in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience.

       Plaintiff does not oppose Defendant's request for an extension of time.  The parties further stipulate that the deadline for any reply by Plaintiff, if necessary, will be extended accordingly.

Dated:  July 17, 2023

Respectfully submitted,

*/s/ Daniel Homer*
(*as authorized via email)
DANIEL HOMER
Attorney for Plaintiff

Dated:  July 17, 2023

ISMAIL J. RAMSEY
United States Attorney

*/s/ Michelle A. Pavelek*
MICHELLE A. PAVELEK
Special Assistant U.S. Attorney

Attorneys for Defendant

<u>ORDER</u>

Pursuant to stipulation, IT IS SO ORDERED.

Dated:  July 17, 2023

_____
THE HONORABLE LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE