UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA HALE,<br><br>       Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, et al.,<br><br>       Defendants. | Case No.  3:23-cv-00700-LJC<br><br>**JUDGMENT** |

On March 22, 2024, the Court granted the parties' stipulation for voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g).  Pursuant to Federal Rule of Civil Procedure 58, the Court hereby enters judgment in favor of Plaintiff and against Defendant.  The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: March 22, 2024

LISA J. CISNEROS
United States Magistrate Judge