UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA HALE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARTIN O'MALLEY, et al.,<br><br>　　　　　Defendants. | Case No.   3:23-cv-00700-LJC<br><br>**AMENDED JUDGMENT** |

On March 22, 2024, the Court granted the parties' stipulation for voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g).  Pursuant to Federal Rule of Civil Procedure 58, the Court hereby enters judgment in favor of Plaintiff and against Defendant.  The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: March 25, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　LISA J. CISNEROS
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge