UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco DIVISION

| | |
|---|---|
| Paula Hale,                ) <br>            Plaintiff,     ) <br>                      ) <br>     v.                   ) <br>                      ) <br> **Martin O'Malley**,     ) <br>            Defendant.    ) | CIVIL NO. 3:23-cv-00700-LJC <br><br> [~~PROPOSED~~] ORDER TO STRIKE <br> DOCKET Nos. 20 and 21 |

On May 10, 2024, the Court granted the Parties stipulation to Strike Docket No. 20 "Judgment" and No. 21 "Amended Judgment."

**IT IS SO ORDERED.**

__May 14, 2024__
Date

_____
THE HONORABLE LISA J. CISNEROS
United States District Court Magistrate Judge