UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco DIVISION

| | |
|---|---|
| Paula Hale, | ) |
|     Plaintiff, | ) CIVIL NO. 3:23-cv-00700-LJC |
| v. | ) [~~PROPOSED~~] JUDGMENT |
| **Martin O'Malley**, | ) |
|     Defendant. | ) |

On March 22, 2024, the Court GRANTED Plaintiff's Motion for Summary Judgment. Accordingly, judgment is entered in favor of PLAINTIFF.

**IT IS SO ORDERED.**

**May 14, 2024**
Date

THE HONORABLE LISA J. CISNEROS
United States District Court Magistrate Judge